**Andrew P. Holland/Bar No. 224737**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MINDEN PICTURES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FRESH HEALTHY MEDIA, LLC dba VEGNEWS MAGAZINE,**<br><br>Defendant. | No. **4:21-cv-08880-HSG**<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff Minden Pictures, Inc. ("Plaintiff") and Defendant Fresh Healthy Media, LLC dba VegNews Magazine ("Defendant") respectfully submit the following stipulation to enlarge time to respond to the complaint pursuant to Federal Rule of Civil Procedure 6(b).

WHEREAS the complaint was filed on November 16, 2021;

WHEREAS proper service was not completed on Defendant and Defendant now agrees to accept service of the complaint;

WHEREAS the parties have agreed to extend the time by which a responsive pleading must be filed to December 31, 2021.

THEREORE, THE PARTIES HEREBY STIPULATE THAT:

Defendant shall have until December 31, 2021 to file a responsive pleading to the complaint and that by filing this stipulation, Defendant does not waive any right to challenge the

complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

IT IS SO STIPULATED.

Dated:  December 7, 2021

**SRIPLAW**

By:    */s/ Jonah A. Grossbardt*
**Jonah A. Grossbardt
Attorneys for Plaintiff
Minden Pictures, Inc.**

Dated:  December 7, 2021

**THOITS LAW**

By:    */s/ Andrew P. Holland*
**Andrew P. Holland
Attorneys for Defendant
Fresh Healthy Media, LLC**

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have until December 31, 2021 to answer or otherwise respond to Plaintiff's complaint without waiving any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

Dated:  12/7/2021

*Haywood S. Gilliam Jr.*
**UNITED STATES DISTRICT COURT JUDGE**