**Andrew P. Holland/Bar No. 224737**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESH HEALTHY MEDIA, LLC dba VEGNEWS MAGAZINE, <br><br> Defendant. | No. **4:21-cv-08880-HSG** <br><br> **STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff Minden Pictures, Inc. ("Plaintiff") and Defendant Fresh Healthy Media, LLC dba VegNews Magazine ("Defendant") respectfully submit the following stipulation to enlarge time to respond to the complaint pursuant to Federal Rule of Civil Procedure 6(b).

WHEREAS the complaint was filed on November 16, 2021;

WHEREAS the parties previously agreed to extend the time by which a responsive pleading must be filed to December 31, 2021, and the Court entered an Order to that effect;

WHEREAS Defendant seeks a further extension of time to respond to the complaint to facilitate settlement discussions between the parties.

THEREORE, THE PARTIES HEREBY STIPULATE THAT:

Defendant shall have until January 10, 2022 to file a responsive pleading to the complaint and that by filing this stipulation, Defendant does not waive any right to challenge the complaint on

any grounds, including, but not limited to, lack of jurisdiction and improper venue.

IT IS SO STIPULATED.

Dated:  December 30, 2021

**SRIPLAW**

By: _____/s/ Jonah A. Grossbardt_____
**Jonah A. Grossbardt**
**Attorneys for Plaintiff**
**Minden Pictures, Inc.**

Dated:  December 30, 2021

**THOITS LAW**

By: _____/s/ Andrew P. Holland_____
**Andrew P. Holland**
**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have until January 10, 2022 to answer or otherwise respond to Plaintiff's complaint without waiving any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

Dated:  1/4/2022

_____
**UNITED STATES DISTRICT COURT JUDGE**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

63576.001/1661890                                 2
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING