**Andrew P. Holland/Bar No. 224737**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MINDEN PICTURES, INC.,** | No. **4:21-cv-08880-HSG** |
| Plaintiff, | **STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **FRESH HEALTHY MEDIA, LLC dba VEGNEWS MAGAZINE,** | |
| Defendant. | |

    Plaintiff Minden Pictures, Inc. ("Plaintiff") and Defendant Fresh Healthy Media, LLC dba VegNews Magazine ("Defendant") respectfully submit the following stipulation to enlarge time to respond to the complaint pursuant to Federal Rule of Civil Procedure 6(b).

    WHEREAS the complaint was filed on November 16, 2021;

    WHEREAS the parties previously agreed to extend the time by which a responsive pleading must be filed to December 31, 2021, January 10, 2022 and January 24, 2022, and the Court entered Orders to that effect;

    WHEREAS the parties have made significant progress in their settlement discussions which are ongoing and believe it is in both parties' interest to try to reach an early resolution through these discussions rather than spending resources litigating the matter;

    WHEREAS the parties believe that Defendant having a further extension of time to

respond to the complaint would potentially save judicial resources and allow the parties to focus their resources on trying to reach an informal resolution.

THEREORE, THE PARTIES HEREBY STIPULATE THAT:

Defendant shall have until February 7, 2022 to file a responsive pleading to the complaint and that by filing this stipulation, Defendant does not waive any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

IT IS SO STIPULATED.

Dated: January 24, 2022

**SRIPLAW**

By: _____*/s/ Jonah. A Grossbardt*_____
**Jonah A. Grossbardt**
**Attorneys for Plaintiff**
**Minden Pictures, Inc.**

Dated: January 24, 2022

**THOITS LAW**

By: _____*/s/ Andrew P. Holland*_____
**Andrew P. Holland**
**Attorneys for Defendant**
**Fresh Healthy Media, LLC**

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have until February 7, 2022 to answer or otherwise respond to Plaintiff's complaint without waiving any right to challenge the complaint on any grounds, including, but not limited to, lack of jurisdiction and improper venue.

Dated: 1/24/2022

_____
**UNITED STATES DISTRICT COURT JUDGE**

**FILER'S ATTESTATION**

I, Andrew P. Holland, am the ECF User whose identification and password are being used to file this Stipulation to Enlarge Time to Respond to Complaint. I hereby attest under penalty of perjury that 1) the content of this document is acceptable to all persons required to sign the document; 2) Plaintiff's counsel has concurred with the filing of this document, and 3) a record supporting this concurrence is available for inspection or production if so ordered.

*/s/ Andrew P. Holland*
**Andrew P. Holland**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

63576.001/1687562         3
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING