UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESH HEALTHY MEDIA, LLC dba VEGNEWS MAGAZINE <br><br> Defendant. | Case No.: 4:21-CV-08880-HSG <br><br> **ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Before the Court is the Parties' Stipulation to Continue Initial Case Management Conference.

After full consideration of the papers filed in support and opposition to the Motion, **IT IS HEREBY ORDERED THAT:**

the initial case management conference be continued from February 15, 2022 to March 8, 2022 at 2:00 P.M. The parties must file their initial case management report by March 1, 2022, and shall meet and confer no later than February 15, 2022.

**SO ORDERED.**

DATED: 1/25/2022

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE